IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KIRSTON JERMAINE DOWDELL, ) | |
| Reg. No. 17315-002, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:23-CV-541-RAH-KFP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### **O R D E R**

On September 25, 2023, the Magistrate Judge entered a Recommendation (Doc. 4) that Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 be dismissed for lack of jurisdiction because the required permission to file a successive § 2255 motion has not been obtained from the Eleventh Circuit Court of Appeals. No timely objections have been filed. After an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that the Recommendation is ADOPTED and Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DISMISSED for lack of jurisdiction because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

Final judgment will be entered separately.

DONE, on this the 18th day of October 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE